United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3709
_____

Elmer Webb, Sr.,       *
     *
     Petitioner,      *
     *  Appeal from the United States
     v.      *  Tax Court.
     *
Commissioner of Internal Revenue,      *
     *  [UNPUBLISHED]
     Respondent.      *

_____

Submitted: March 4, 1998
Filed: March 10, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Elmer Webb, Sr., appeals the United States Tax Court's[1] dismissal of his action for lack of subject matter jurisdiction. After a careful review of the record and the parties' submissions on appeal, we affirm the Tax Court's dismissal for lack of subject matter jurisdiction. We reject Webb's other arguments on appeal as without merit.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Mary Ann Cohen, Chief Judge, United States Tax Court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.